# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

S&P INVESTMENTS, LLC, ON
TRACK INVESTMENTS, INC.,
AMORI DILA FAMIGLIA, LLC,
SAM TALLO, AND PATRICIA
TALLO

NO.   2019 CW 0758

VERSUS

TRUNG NGUYEN, FRANCIS
NGUYEN, SUPERKING SEAFOOD,
LLC, MESA UNDERWRITERS
SPECIALTY INSURANCE COMPANY,
AND SCOTTSDALE INSURANCE
COMPANY

CONSOLIDATED WITH

SCOTTSDALE INSURANCE COMPANY
AS SUBROGEE OF/AND S&P
INVESTMENTS LLC AND AMORI
DILA FAMIGLIA LLC

VERSUS

SUPERKING SEAFOOD, LLC,
TRUNG NGUYEN, DAU THI
NGUYEN, FRANCIS NGUYEN AND
MESA UNDERWRITERS SPECIALTY
INSURANCE COMPANY

OCT 1 8 2019

---

In Re:   Mesa   Underwriters   Specialty   Insurance   Company,
applying for supervisory writs, 21st Judicial District
Court, Parish of Tangipahoa, No. 2017-0000020 c/w
2017-0001056.

---

**BEFORE:   WELCH, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT   DENIED.**   This   court   declines   to   exercise   its
supervisory   jurisdiction.   The   criteria   set   forth   in   **Herlitz
Construction   Company,   Inc.   v.   Hotel   Investors   of   New   Iberia,
Inc.,** 396 So.2d 878 (La. 1981) (*per curiam*) are not met.

**JEW**
**GH**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT